*W. H. RUSSELL v. JOHN CAMPBELL.

*Appeal, dismissal of—Disposal of Subject-matter.*

Where, after an appeal from the refusal of judgment for the restitution
of personal property, the appellant has come into possession of
the property, or its equivalent, this Court will not hear the matter
merely to adjudicate the costs, but will dismiss the appeal.

Action of CLAIM AND DELIVERY by plaintiff to recover
possession of an engine.   Defendant replevied, and plaintiff
and his servants proceeded to remove the property (the
defendant being present and objecting), and sold and deliv-
ered it to a purchaser in Robeson county.   At May Term,
1892, of CUMBERLAND Superior Court the defendant moved
for an order requiring plaintiff to return the property forth-
with to defendant.   His Honor, *Boykin, J.*, refused to grant
the same, and defendant appealed.

Upon the call of the case in this Court it appeared from
statement of counsel that the matter had been settled,
"and that no rights of parties would be affected by the
determination of this case, and that the only matter involved
is the costs of the action."

Plaintiff's counsel moved to dismiss.

*Messrs. H. L. Cook* and *S. H. MacRae*, for plaintiff.
*Mr. N. W. Ray*, for defendant.

CLARK, J.: This was an appeal from the refusal of a
judgment for the restitution of certain personal property.
Since the appeal was taken the appellant has come into
possession of the property, or its equivalent.   The Court

*MACRAE, J., did not sit on the hearing of this case.

will not hear a matter merely to adjudicate the costs when the subject-matter of the apppeal has been disposed of. *State* v. *Railroad*, 74 N. C., 287; *Hasty* v. *Funderburk*, 89 N. C., 93; *Pritchard* v. *Baxter*, 108 N. C., 129.

Appeal Dismissed.